**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL GREGOR, : No. 478 MAL 2017
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

   **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal and Praecipe to Amend Defendant's Name are **DENIED**.